(July 5, 1923.)

ARTHUR CURTIS, Respondent, v. A. J. KNOLLIN, and L. C. KNOLLIN, Appellants.

[216 Pac. 1117.]

APPEAL from the District Court of the Fifth Judicial District, for Bannock County.

Motion to dismiss appeal. *Granted.*

J. M. Stevens, for Appellants.

B. W. Davis, for Respondent.

McCARTHY, J.—On the authority of *Blumauer-Frank Drug Co. v. First Nat. Bank,* 35 Ida. 436, 206 Pac. 807, respondent's motion to dismiss the appeal in this case should be and is granted.

Dunn, William A. Lee and Wm. E. Lee, JJ., concur.